**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RAYMOND AIGEBKAEN, | Civ. No. 20-7189 (NLH) |
| Petitioner, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**APPEARANCES**:

Raymond Aigbekaen
94655-379
FCI Fort Dix
Inmate Mail/Parcels
East: P.O. Box 2000
Fort Dix, NJ 08640

    Petitioner Pro Se

**HILLMAN, District Judge**

    WHEREAS, Movant Florence Ogansuyi filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on behalf of Raymond Aigbekaen asking for his release due to the COVID-19 pandemic, see Ogansuyi as next friend for Aigbekaen v. Warden, No. 20-5732 (D.N.J. May 8, 2020) (ECF No. 1); and

    WHEREAS, the Court dismissed the next friend petition for lack of standing on May 15, 2020, see Ogansuyi, No. 20-5732 (D.N.J. May 15, 2020) (ECF No. 5); and

    WHEREAS, Petitioner filed a new petition under § 2241

proceeding on his own behalf, see ECF No. 1; and

    WHEREAS, Petitioner filed a motion for relief in Civil Action No. 20-5732 (ECF No. 6),

    IT IS on this   15th   day of June, 2020

    ORDERED that the Clerk shall file the petition, ECF No. 1, as an amended petition in Civil Action No. 20-5732.  The Court shall consider Petitioner's arguments in that matter along with his other filings; and it is finally

    ORDERED that the Clerk of the Court shall send a copy of this Order to Petitioner by regular mail and mark this case closed.

At Camden, New Jersey            s/ Noel L. Hillman
                                   NOEL L. HILLMAN, U.S.D.J.